UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

JOSE CUEVAS,

                                Defendant.
-----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

20 MAG 09075

Defendant __JOSE CUEVAS_____ hereby voluntarily consents to participate in the following proceeding via __✓__ videoconferencing or ___ teleconferencing:

__✓__    Initial Appearance Before a Judicial Officer

___    Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

__✓__    Bail/Detention Hearing

___    Conference Before a Judicial Officer


__s/ Jose Cuevas, by the Court, with permission.__    __s/ Sylvie Levine, by the Court, with permission.__
Defendant's Signature                                      Defendant's Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

__JOSE CUEVAS_____    __SYLVIE LEVINE_____
Print Defendant's Name                                   Print Counsel's Name


This proceeding was conducted by reliable video or telephone conferencing technology.

__AUGUST 25, 2020__                                              __/s/ Debra Freeman_____
Date                                                              ~~U.S. District Judge~~/U.S. Magistrate Judge